IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SARAH GOLDSTEIN, | : | BANKR. NO. 24-10179-AMC |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | ADV. NO. 24-00121 AMC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SARAH GOLDSTEIN, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

It is certified that on September 20, 2024, the Complaint of the United States Trustee's Complaint Objecting to the Granting of Debtor's Discharge (the "Complaint") and Summons was caused to be served by placing copies thereof in the United States Mail, first class postage prepaid, addressed as follows:

Sarah Goldstein
115 Main St, Apt 4
Sellersville, PA 18960-2357

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

The Complaint was also served electronically via CM/ECF and via email on September 20, 2024 on the following:

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
***Email:*** *help@cibiklaw.com*
*cibik@cibiklaw.com*

By: */s/ Nancy Miller*
Nancy Miler
Legal Clerk