# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :CHAPTER 7 |
| SARAH GOLDSTEIN, | : |
| Debtor | :BANKR. NO.: 24-10179(AMC) |
| ANDREW R. VARA<br>UNITED STATES TRUSTEE | : |
| Plaintiff, | : |
| v. | :ADV NO.: 24-00121(AMC) |
| SARAH GOLDSTEIN | : |
| Defendant. | : |

## CERTIFCATE OF SERVICE

I, Jonathan J. Sobel, Esquire, attorney for Debtor / Defendant hereby certifies that a foregoing copy of Debtor / Defendant's Answer to Plaintiff's Complaint with Affirmative Defenses was served on all parties entitled to receive electronic notifications through the Court's electronic filing system.

Dated: December 24, 2024        LAW OFFICES OF JONATHAN J. SOBEL

                                    By:./s/Jonathan J. Sobel, Esquire
                                      1500 Walnut Stret, Suite 2000
                                      Philadelphia, PA 19102
                                      Telephone:  (215) 735 7535
                                      Facsimile:  (215) 735 7539
                                      Mate89@aol.com

                                      Attorney for Debtor / Defendant,
                                      Sarah Goldstein