IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SARAH GOLDSTEIN, | : | BANKR. NO. 24-10179-AMC |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | ADV. NO. 24-00121-AMC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SARAH GOLDSTEIN, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATEMENT CONCERNING
PARTICIPATION IN MEDIATION PROGRAM**

Plaintiff Andrew R. Vara, the United States Trustee for Region 3, and Defendant Sarah Goldstein, by and through their respective undersigned counsel, state they decline to participate in the court-annexed mediation program.

Dated: January 24, 2025

By: _John Schanne_____
John Schanne, Esq.
Attorney for Plaintiff
Office of the U. S. Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
(202) 934-4154
Email: john.schanne@usdoj.gov

By: _____/s/_____
/s/Jonathan J. Sobel, Esq.
Attorney for Defendant
Law Office of Jonathan J. Sobel
1500 Walnut Street, Suite 2000
Philadelphia, PA 19102
(215) 735-7535
Email: mate89@aol.com