## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  SARAH GOLDSTEIN, | : | Chapter 7 |
| Debtor | : | Case No. 24-10179 (DJB) |
| U.S. TRUSTEE, | : | |
| Plaintiff | : | |
| v. | : | Adversary No. 24-00121 (DJB) |
| SARAH GOLDSTEIN | : | |
| Defendant | : | |

## SUBSTITUTION OF APPEARANCE

TO THE CLERK:

Please Enter the Appearance of Paul J. Winterhalter, Esquire of the firm Office Kurman, P.C. on behalf of Defendant Sarah Goldstein in the above captioned adversary proceedings.

Please mark the appearance of Jonathan J. Sobel, Esquire of the Law Offices of Jonathan J. Sobel, as counsel for Defendant Sarah Goldstein as WITHDRAWN.

    Respectfully submitted,

    LAW OFFICE OF JONATHAN J. SOBEL

    By: */S/ Jonathan J. Sobel*
       JONATHAN J. SOBEL
    1500 Walnut Street, Suite 2000
    Philadelphia, PA 19102
    Mate89@aol.com

-Signatures continued on next page-

                                      OFFIT KURMAN, P.C.

                              By: ***/S/ Paul J. Winterhalter***
                                  PAUL J. WINTERHALTER
                              401 Plymouth Road, Suite 100
                              Plymouth Meeting, PA 19462
                              Tel. 267.338.1370
                              Fax: 267.338.1355
                              EM: pwinterhalter@offitkurman.com

Dated: July 3, 2025